**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RAYMOND PERRY**                                                                               **PLAINTIFF**
**#132805**

**v.**                                          **Case No. 4:24-cv-00688-KGB**

**ERIC HIGGINS,** *et al.*                                                                  **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7).  The Court has reviewed the Recommendation (*Id.*).  No party has filed objections to the Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  *Pro se* plaintiff Raymond Perry's complaint is dismissed without prejudice (Dkt. No. 2).  The Court certifies, pursuant to *28 U.S.C. § 1915(a)(3)*, that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 9th day of June, 2026.

Kristine G. Baker
Chief United States District Judge